UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA GIBBS,
*Administratrix of Estate
of Bryan Stukes*,
    *Plaintiff,*

Case No. 3:16-cv-635 (JAM)

v.

CHRISTOPHER BORONA,
    *Defendant.*

# JURY VERDICT FORM

We, the jury, unanimously find:

## LIABILITY

### Question #1 (Liability for Use of Excessive Force Under the Fourth Amendment)

Has plaintiff Ms. Gibbs proven by a preponderance of the evidence the elements of her claim for unlawful use of excessive force:

(1) that Detective Borona used an objectively unreasonable amount of force when he fired the second shot at Mr. Stukes?

    Yes ✓    No ___

(2) that Detective Borona was acting knowingly and either intentionally or recklessly when he fired the second shot at Mr. Stukes?

    Yes ✓    No ___

### Question #2 (Liability for Negligent Wrongful Death)

Has the plaintiff Ms. Gibbs proven by a preponderance of the evidence the elements of her claim for negligent wrongful death:

(1) that by firing the second shot at Mr. Stukes, Detective Borona violated his duty of due care under all of the circumstances to refrain from using force against Mr. Stukes

COURT EXHIBIT 4

1

which he knew or should have known was likely to cause serious injury or death, except as allowed by law?

Yes ___    No ✓

(2) that Detective Borona's violation of his duty of care was a proximate cause of Mr. Stukes's death?

Yes ___    No ✓

## DAMAGES

### Question #3 (Compensatory Damages for Use of Excessive Force Under the Fourth Amendment):

*You should answer this question only if you have found Detective Borona liable under Question #1 for use of excessive force.*

What amount of compensatory damages do you award?

$ **350,000**

If you answered "$0" to Question #3, the Court will award $1 in nominal damages.

### Question #4 (Compensatory Damages for Negligent Wrongful Death):

*You should answer this question only if you have found Detective Borona liable under Question #2 for negligent wrongful death.*

What amount of compensatory damages do you award?

    Pain and suffering:     $

    Medical expenses:      $

    Loss of enjoyment:     $

    Deprivation of life:      $

    TOTAL:                         $

If you answered "$0" to Question #4, the Court will award $1 in nominal damages.

## Question #5 (Comparative Negligence):

*You should answer this question only if you have awarded damages under Question #4 for negligent wrongful death.*

Has defendant Detective Borona proven by a preponderance of the evidence the elements of his special defense that Mr. Stukes was comparatively negligent and that his comparative negligence was a proximate cause of his death?

Yes ___   No ___

## Question #6 (Degree of Comparative Negligence):

*You should answer this question only if you have answered "Yes" to Question #5.*

If you answered "Yes" to Question #5 above, what percentage do you find is the comparative negligence of Mr. Stukes?

% _____

*ALL YOUR ANSWERS MUST BE UNANIMOUS.*

*Please double check the accuracy and consistency of your answers above and then sign and date this verdict form.*



_____/s/_____    10/15/2021
Foreperson                             Date

*Please note that the signature of the Foreperson will be redacted in official court records in order to protect against public disclosure of the Foreperson's name.*

3